UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANDRE A. HARRIS, JR.,

    Plaintiff,

v.                                    Case No. 3:24cv551-TKW-ZCB

D. MCGOWAN, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the federal claims should be dismissed under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a plausible claim for relief and that the Court should decline to exercise jurisdiction over the state law claims.  Accordingly, it is

**ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The federal claims are **DISMISSED with prejudice** under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a plausible claim for relief.

3. The Court declines to exercise jurisdiction over the state law claims, so those claims are **DISMISSED without prejudice** to filing in state court.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 18th day of April, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**